IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| TRACEY L. FREEMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 315-003 |
| | ) |
| WILLIAM DANFORTH, Warden; | ) |
| DR. STEVENS, Augusta State Medical | ) |
| Prison; WARDEN TOBY, | ) |
| Warden of Security; LT. BEASLEY; | ) |
| OFFICER POUNDS; GORDON EVANS, | ) |
| Inmate; FNU STYLES, Inmate; and FNU | ) |
| RACHETT, Inmate, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, the Court **DISMISSES** Plaintiff's complaint without prejudice for failure to exhaust administrative remedies and **CLOSES** this civil action.

SO ORDERED this 11th day of May, 2015, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE